

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00196-CV

———————————————————

CRAIG ASLINGER, Appellant

V.

AMINO TRANSPORT, INC., Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-309811-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On October 15, 2020 and November 3, 2020, we notified appellant that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: December 3, 2020